Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass stones similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiffs was sustained.

No. 65254.—Sopac Transport Corp. v. United States, protest 60/5165(B) (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 65255.—Eastern Commission Co., Inc., et al. v. United States, protests 60/10129, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 8, 1961

No. 65256.—Andrew Fisher Cycle Co. et al. v. United States, protests 329794–K, etc. (Baltimore).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the

subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65257.—Andrew Fisher Cycle Co., Inc. *v.* United States, protests 58/661, etc. (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65258.—R. H. Macy & Co. *v.* United States, protests 58/4722, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65259.—Geo. Borgfeldt Corp. et al. *v.* United States, protests 58/17541, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.